# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LISA A. LINDAMOOD          :

        Plaintiff,

Case No. 3:07-cv-00200

-vs-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

District Judge Walter H. Rice
Chief Magistrate Judge Michael R. Merz

        Defendant.          :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 2, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Commissioner's decision that Plaintiff is not disabled and therefore not entitled to benefits under the Act be reversed and this matter be remanded to the Commissioner for the payment of benefits consistent with the Act.

July 3, 2008.

                                                          Walter Herbert Rice
                                                          United States District Judge